UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **DAMON STACK** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NO: 02-1417** |
| **BURL CAIN, WARDEN, LSP** | * | **SECTION: "S"(6)** |

### ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Damon Stack for issuance of a writ of habeas corpus under 28 U.S.C. § 2254, is hereby **DENIED WITH PREJUDICE as UNTIMELY.**

New Orleans, Louisiana, this 28 day of April, 2006.

UNITED STATES DISTRICT JUDGE